LAWRENCE G. BROWN
Acting U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 08-173-GGH |
| Plaintiff, ) | |
| v. ) | |
| ) | MOTION TO DISMISS |
| DEAN ALBERT CLARK, ) | AND ORDER |
| Defendant. ) | |
| _____) | |

**MOTION**

The United States moves that this Court enter an order, pursuant to Fed. R. Crim. P. 48(a), to dismiss without prejudice the Complaint against Dean Albert Clark.

DATED: March 20, 2009          LAWRENCE G. BROWN
                               Acting U.S. Attorney
                                    /s/Michelle Rodriguez
                               By _____
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 08-173-ggh against defendant Clark is GRANTED.

DATED: March 20, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE